UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:21-CV-11751-RGS

| | |
|---|---|
| **NANCY ROE**, as Parent and Natural Guardian of **A.R.** and Individually; **AMY MARANVILLE**, as Parent and Natural Guardian of **P.M.** and Individually, **MARIA POPOVA**, as Parent and Natural Guardian of **S.P.** and Individually; and on behalf of all others similarly situated; | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| **CHARLES BAKER**, in his official Capacity as Governor, **MASSACHUSETTS DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION**; **BROOKLINE PUBLIC SCHOOLS**; **SOMERVILLE PUBLIC SCHOOLS**; **WELLESLEY PUBLIC SCHOOLS**; **JEFFREY C. RILEY**, in his official capacity; **DR. JAMES MARINI**, in his official capacity as Interim Superintendent; **MARY SKIPPER**, in her official capacity as Superintendent; **DR. DAVID LUSSIER**, in his official capacity as Superintendent; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

NOTICE OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS:

Please enter the appearance of JOSHUA R. COLEMAN, ESQUIRE of Murphy, Lamere & Murphy, P.C., 50 Braintree Hill Office Park, Suite 202, Braintree, MA 02184, jcoleman@mlmlawfirm.com, in the above-captioned action on behalf of the DEFENDANTS, MARY SKIPPER, in her Official Capacity as Superintendent of Somerville Public Schools, and SOMERVILLE PUBLIC SCHOOLS.

/s/ Joshua R. Coleman
Joshua R. Coleman (BBO # 661105)
jcoleman@mlmlawfirm.com
MURPHY, LAMERE & MURPHY, P.C.
50 Braintree Hill Office Park, Suite 202
Braintree, MA 02184-8807
(781) 848-1850

Dated:  December 2, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, filed through the Electronic Case Filing System, will be served electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies shall be served upon those indicated as non-registered participants on December 2, 2021.

/s/ Joshua R. Coleman