UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **NANCY ROE**, as Parent and Natural Guardian of **A.R.** and Individually; **AMY MARANVILLE**, as Parent and Natural Guardian of **P.M.** and Individually, **MARIA POPOVA**, as Parent and Natural Guardian of **S.P.** and Individually; and on behalf of all others similarly situated; <br><br>Plaintiffs,<br><br>v.<br><br>**CHARLES BAKER**, in his official capacity as Governor, **MASSACHUSETTS DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION**; **BROOKLINE PUBLIC SCHOOLS**; **SOMERVILLE PUBLIC SCHOOLS**; **WELLESLEY PUBLIC SCHOOLS**; **JEFFREY C. RILEY**, in his official capacity **DR. JAMES MARINI**, in his official capacity as Interim Superintendent; **MARY SKIPPER**, in her official capacity as Superintendent; **DR. DAVID LUSSIER**, in his official capacity as Superintendent;<br><br>Defendants. | Civil Action No. 21-11751-RGS |

DEFENDANTS' MOTION FOR RULE 16 SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(a) and Local Rule 16.1, Defendants Brookline Public

Schools, Somerville Public Schools, Wellesley Public Schools, Dr. Linus J. Guillory, Jr., in his

1

official capacity as Superintendent of Brookline Public Schools,[1] Mary Skipper in her official capacity as Superintendent of Somerville Public Schools, and Dr. David Lussier, in his official capacity as Superintendent of Wellesley Public Schools (herein collectively referred to as the "School Defendants") and Defendants Charles Baker in his official capacity of Governor, Department of Elementary and Secondary Education, and Jeffrey C. Riley in his official capacity, (hereinafter collectively referred to as the "State Defendants") hereby request (a) a Scheduling Conference; (b) the issuance of a Scheduling Order that includes, but is not limited to, an appropriate briefing schedule for the School Defendants and State Defendants to file responsive pleadings; and (c) a stay of all proceedings and deadlines in this case until the Court holds a Scheduling Conference and issues a Scheduling Order.

As grounds for this Motion, the Defendants state as follows:

1. The issues and claims against the School Defendants are nearly identical and based upon the same legal theories;

2. The School Defendants intend to coordinate and file a Joint Motion to Dismiss which will require additional time due to the complexity of the litigation, including the class certification sought and the nature of the claims raised against multiple defendants. The School Defendants believe a Joint Motion to Dismiss will assist the Court in its analysis and consideration of the School Defendants' defenses and bases for dismissal;

3. The State Defendants also intend to file a Motion to Dismiss;

4. At present, because the School Defendants each received and accepted service of Plaintiffs' Complaint on different dates, the deadlines for responsive pleadings vary;

---

[1] Dr. Guillory replaced named Defendant Dr. James Marini as Superintendent of Brookline Public Schools on July 1, 2021.

   The earliest deadline for a School Defendant's responsive pleading is December 17, 2021 for Wellesley Public Schools and Superintendent Dr. David Lussier;

5. The School Defendants and State Defendants will require additional time to prepare their Motions to Dismiss and the current deadlines will not allow Defendants time to adequately prepare those Motions to Dismiss;

6. Further, at the same time Plaintiffs are pursuing this federal court matter, each plaintiff is concurrently pursuing relief on many of the same claims sought in this case before the Massachusetts Bureau of Special Education Appeals ("BSEA")[2]. The administrative hearings in the BSEA cases are currently scheduled as follows:

   a. *S.P. and Wellesley Public Schools*, BSEA No. 2203309, January 18, 2022;

   b. *P.M. and Somerville Public Schools*, BSEA No. 2203307, March 1-2, 2022; and

   c. *A.R. and Brookline Public Schools*, BSEA No. 2203308, March 14-15, 2022;

7. Additionally, during conferral regarding this Motion, Plaintiffs' counsel indicated Plaintiffs' intention to move for a Preliminary Injunction;

8. The Defendants strongly believe it will assist the Court and all parties to hold a Scheduling Conference as soon as possible given the number of parties and the complexity of the issues involved, as well as the concurrent litigation proceeding before the BSEA with hearing dates beginning within the next forty-five days; and

9. Undersigned counsel for Somerville Public Schools has conferred with Plaintiffs' counsel, Rory Bellantoni, Esquire, who assents to this Motion.

---

[2] Plaintiffs' attorneys are also pursuing relief similar to that which is sought in this litigation against Commissioner Riley, Somerville Public Schools and Superintendent Mary Skipper in a separate case currently pending in the Southern District of New York, *United States of America and States of the United States ex rel. Patrick Donohue v. Richard Carranza et al.*, Civil Action No. 1:20-CV-5396 (GHW).

## CONCLUSION

Wherefore, all Defendants respectfully request (a) a Scheduling Conference at the Court's earliest convenience; (b) the issuance of a Scheduling Order that includes, but is not limited to, an appropriate briefing schedule for the School Defendants and State Defendants to file responsive pleadings; and (c) a stay of all proceedings and deadlines in this case until the Court holds a Scheduling Conference and issues a Scheduling Order.

Respectfully submitted,

SOMERVILLE PUBLIC SCHOOLS AND MARY SKIPPER, IN HER OFFICIAL CAPACITY AS SUPERINTENDENT OF SOMERVILLE PUBLIC SCHOOLS,
By their attorneys,

/s/ Elizabeth F. Toner
Elizabeth F. Toner (BBO # 629300)
btoner@mlmlawfirm.com
Joshua R. Coleman (BBO # 661105)
jcoleman@mlmlawfirm.com
MURPHY, LAMERE & MURPHY, P.C.
50 Braintree Hill Office Park, Suite 202
Braintree, MA 02184-8807
(781) 848-1850
(781) 849-0749 (Fax)

BROOKLINE PUBLIC SCHOOLS AND DR. LINUS J. GUILLORY, JR., IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF BROOKLINE PUBLIC SCHOOLS
By their attorneys,

/s/*John M. Simon*
John M. Simon (BBO # 645557)
jsimon@scmllp.com
Justin R. Gomes (BBO # 699042)
jgomes@scmllp.com
STONEMAN, CHANDLER & MILLER, LLP
99 High Street
Boston, MA  02110
(617) 542-6789
(617) 556-8989 (fax)

MAURA HEALEY
ATTORNEY GENERAL

*/s/ Daniel J. Hammond*
Daniel J. Hammond, BBO # 559475
Carlos Cousins, BBO # 708564
Assistant Attorneys General
Government Bureau
One Ashburton Place, Rm. 2014
Boston, MA 02108
(617) 727-2200, ext. 2078
dan.hammond@mass.gov
carlos.cousins@mass.gov

WELLESLEY PUBLIC SCHOOLS & DR. DAVID LUSSIER, in his official capacity as Superintendent,
By their Attorneys,
**PIERCE DAVIS & PERRITANO LLP**

*/s/ Seth Barnett*
Seth B. Barnett, BBO # 661497
10 Post Office Square, Suite 1100N
Boston, MA 02109 (617) 350-0950
sbarnett@piercedavis.com

5

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document, filed through the Electronic Case Filing System, will be served electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies shall be served upon those indicated as non-registered participants on December 7, 2021.

/s/ Elizabeth F. Toner