# United States Court of Appeals
## For the First Circuit

No. 22-1740

NANCY ROE, as parent and natural guardian of A.R., and individually; AMY MARANVILLE, as parent and natural guardian of P.M., and individually; MARIA POPOVA, as parent and natural guardian of S.P., and individually,

Plaintiffs, Appellants,

v.

MAURA TRACY HEALEY, in her official capacity as Governor; MASSACHUSETTS DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION; BROOKLINE PUBLIC SCHOOLS; SOMERVILLE PUBLIC SCHOOLS; WELLESLEY PUBLIC SCHOOLS; JEFFREY C. RILEY, in his official capacity as Commissioner of Education; DR. LINUS J. GUILLORY, JR., in his official capacity as Superintendent of Brookline Public Schools; MARY E. SKIPPER, in her official capacity as Superintendent of Somerville Public Schools; DR. DAVID LUSSIER, in his official capacity as Superintendent of Wellesley Public Schools,

Defendants, Appellees.

**JUDGMENT**

Entered: August 14, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order dismissing plaintiffs' claims is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Rory Jude Bellantoni, Daniel John Hammond, Cassandra Bolanos, John Matthew Simon, Joshua Ryan Coleman, John Joseph Davis Jr., Adam Simms, Maura Tracy Healey, Francisco Maria Negron Jr., John C. Foskett